**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**DAVID KELLER**, individually and on                                    **PLAINTIFF**
behalf of all others similarly situated,

**v.**                                                                                    No. **1:22-cv-42-HSO-RPM**

**EL DORADO OIL & GAS, INC., EXCELL**                              **DEFENDANTS**
**OPERATING, INC., BULLZEYE OILFIELD**
**SERVICE LLC, THOMAS L. SWAREK,**
**JONATHAN SWAREK, MICHAEL**
**BOOTHE**, and **ZACKRY MAXEY**

## AGREED ORDER OF DISMISSAL

Plaintiff David Keller and Defendants Zackry Maxey and Bullzeye Oilfield Service LLC ("the parties") have agreed to and announced to the Court a confidential settlement of the claims advanced against Maxey and Bullzeye Oilfield Service LLC, and the Court, being advised that the parties have an informed understanding of their rights, that the parties have a full appreciation of the consequences of the confidential settlement, and that the terms of the settlement are fair and reasonable, is desirous that this matter be finally closed on the docket.

**IT IS**, **THEREFORE**, **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to Maxey and Bullzeye Oilfield Service LLC and all claims advanced against those two Defendants, with the parties to bear their own costs and attorney's fees. Pursuant to the agreement of the parties, the Court will retain jurisdiction for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED this the 1st day of March, 2024.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

**AGREED TO AS TO FORM AND CONTENT**:


By:      /s/ *Melinda Arbuckle*

**ATTORNEY FOR PLAINTIFF DAVID KELLER**


By:      /s/ *Nicholas F. Morisani*

**ATTORNEY FOR DEFENDANTS ZACKRY MAXEY AND BULLZEYE OILFIELD SERVICE LLC**