IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID KELLER, individually and on behalf of all others similarly situated | § § § § § | PLAINTIFF |
| v. | § | Civil No. 1:22cv42-HSO-RPM |
| EL DORADO OIL & GAS, INC., *et al.* | § § § | DEFENDANTS |

## **FINAL JUDGMENT OF DISMISSAL**

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

Plaintiff David Keller and Defendants Zackry Maxey and Bullzeye Oilfield Service LLC have all agreed and stated their desire on the record that the Court expressly retain jurisdiction over this matter to enforce their settlement agreement. *See* Order [111]. Plaintiff David Keller has announced a settlement of his claims against Defendants El Dorado Oil & Gas, Inc. and Thomas L. Swarek, but they have not stated any desire for the Court to retain jurisdiction to enforce their settlement agreement. *See* Notice [108]; *see also* Text Order, March 8, 2024 ("After March 21, 2024, absent the parties requesting additional time to effectuate settlement, the Court will dismiss Plaintiff's claims against Defendants El Dorado

Oil & Gas, Inc. and Thomas L. Swarek with prejudice."). In accordance with the Agreed Order of Dismissal [111] as to Defendants Zackry Maxey and Bullzeye Oilfield Service LLC entered on March 1, 2024, and the Text Order entered on March 8, 2024,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed with prejudice as to all parties, and that the Court hereby specifically retains jurisdiction from the date of entry of this Final Judgment only to enforce the settlement agreement between Plaintiff David Keller and Defendants Zackry Maxey and Bullzeye Oilfield Service LLC.

**SO ORDERED** this the 22nd day of March, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE